Linda LUKAS, Appellant,

v.

CONVERGYS CUSTOMER MANAGEMENT GROUP, INC.

and

Division of Employment Security, Respondents.

No. ED 100879.

Missouri Court of Appeals, Eastern District.

Sept. 9, 2014.

Linda Lukas, Maplewood, MO, for appellant.

Chris Miller, Jefferson City, MO, for respondent.

Before: KURT S. ODENWALD, P.J., ROBERT G. DOWD, JR., J., and GARY M. GAERTNER, JR., J.

***ORDER***

PER CURIAM.

Linda Lukas appeals a decision by the Labor and Industrial Relations Commission denying her unemployment benefits. We have determined the award was supported by sufficient competent evidence on the whole record. An extended opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this order. The deci-

sion is affirmed. Mo. R. Civ. P. 84.16(b) (2014).